EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: David Pujol Pantinat | 2007 TSPR 107 171 DPR ____ |
|---|---|

Número del Caso: TS-13,304

Fecha: 1 de junio de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja Voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

TS-13304

David Pujol Pantinat

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de junio de 2007.

Atendida la Moción Informativa radicada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del ejercicio de la abogacía del Lcdo. David Pujol Pantinat.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo